# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00551-CV

### T. S. A., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 421ST DISTRICT COURT OF CALDWELL COUNTY
### NO. 20-FL-289-A, THE HONORABLE THOMAS NATHANIEL STUCKEY,
### JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant T. S. A. filed her notice of appeal on October 26, 2021. The appellate record was complete on November 15, 2021, making appellant's brief due on December 6, 2021. On December 3, 2021, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order James B. Peplinski to file appellant's brief no later than December 26, 2021. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on December 14, 2021.


Before Chief Justice Byrne, Justices Triana and Kelly